FILED
IN OPEN COURT

DEC 2 1 2024

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:23cr68 (RCY) |
| | ) | |
| SHRONDA COVINGTON, | ) | |
| TONYA FARLEY, | ) | |
| and | ) | |
| YOLANDA BLACKWELL, | ) | |
| Defendants. | ) | |

## VERDICT FORM

We the jury, unanimously find:

### COUNT ONE

1. With respect to Count One, Deprivation of Rights Under Color of Law, the Defendant, SHRONDA COVINGTON, is

    Guilty __X__       Not Guilty_____

If your answer with respect to Count One is "Not Guilty," please proceed to COUNT TWO; if your answer with respect to Count One is "Guilty," please complete 1A:

1A.   With respect to Count One, we find that Defendant SHRONDA COVINGTON's offense resulted in (select one):

    __X__   Bodily Injury (only)

    ____   Death (only)

    ____   Bodily Injury & Death

1

## COUNT TWO

2. With respect to Count Two, Deprivation of Rights Under Color of Law, the Defendant, TONYA FARLEY, is

        Guilty_____        Not Guilty__X___

If your answer with respect to Count Two is "Not Guilty," please proceed to COUNT THREE; if your answer with respect to Count Two is "Guilty," please complete 2A:

    2A.    With respect to Count Two, we find that Defendant TONYA FARLEY's offense resulted in (select one):

        ____ Bodily Injury (only)

        ____ Death (only)

        ____ Bodily Injury & Death

## COUNT THREE

3. With respect to Count Three, Deprivation of Rights Under Color of Law, the Defendant, YOLANDA BLACKWELL, is

        Guilty_____        Not Guilty__X___

If your answer with respect to Count Three is "Not Guilty," please proceed to COUNT FOUR; if your answer with respect to Count Three is "Guilty," please complete 3A:

    3A.    With respect to Count Three, we find that Defendant YOLANDA BLACKWELL's offense resulted in (select one):

        ____ Bodily Injury (only)

        ____ Death (only)

        ____ Bodily Injury & Death

## COUNT FOUR

4. With respect to Count Four, False Report, the Defendant, TONYA FARLEY, is

      Guilty_____       Not Guilty__X__


## COUNT FIVE

5. With respect to Count Five, False Statements, the Defendant, TONYA FARLEY, is

      Guilty__X__       Not Guilty_____


## COUNT SIX

6. With respect to Count Six, False Statements, the Defendant, SHRONDA COVINGTON, is

      Guilty__X__       Not Guilty_____


So Say We All, this 21 day of December, 2024.

Pursuant to the E-Government Act,
the original of this pa, has been filed
under seal in the Clerk's Office

_____

FOREPERSON